```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 04067
   CHERYL MEYER
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-6030


-----------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

      1.  The case was filed on 02/22/08 and confirmed on 05/07/08.

      2.  The case was dismissed after confirmation, 12/19/2008.

      3.  The Debtor paid a total of $   4388.00 .

      4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
AMERICAN HOME MTGE         CURRENT MORTG         .00            .00            .00
AMERICAN HOME MTGE         MORTGAGE ARRE         .00            .00            .00
SANTANDER CONSUMER USA     SECURED VEHIC     4500.00         243.80         880.26
AMCA                       UNSECURED         NOT FILED         .00            .00
ASSOCIATED ANESTHESIOLOG   UNSECURED         NOT FILED         .00            .00
ASSOCIATED PATHOLOGISTS/   UNSECURED         NOT FILED         .00            .00
AVENTURA EMERGENCY PHYS    UNSECURED         NOT FILED         .00            .00
AVENTURA EMERGENCY PHYS    UNSECURED         NOT FILED         .00            .00
BAPTIST MEMORIAL HOSPITA   UNSECURED         NOT FILED         .00            .00
CAB SERVICES INC           UNSECURED         NOT FILED         .00            .00
CAB SERVICES INC           UNSECURED         NOT FILED         .00            .00
CENTRAL PROFESSIONAL GRO   UNSECURED         NOT FILED         .00            .00
CITY OF JOLIET             UNSECURED         NOT FILED         .00            .00
COLLECTION PROFESSIONALS   UNSECURED         NOT FILED         .00            .00
COLLECTION PROFESSIONALS   UNSECURED         NOT FILED         .00            .00
COMMUNITY ORTHOPEDICS      UNSECURED         NOT FILED         .00            .00
CORWIN MEDICAL CARE        UNSECURED         NOT FILED         .00            .00
CREDITORS DISCOUNT & AUD   UNSECURED         NOT FILED         .00            .00
DYSTRUP HOSTER             UNSECURED         NOT FILED         .00            .00
EBI LP                     UNSECURED         NOT FILED         .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
JOLIET CATHOLIC ACADEMY    UNSECURED         NOT FILED         .00            .00
JOLIET RADIOLOGICAL SERV   UNSECURED         NOT FILED         .00            .00
KCA FINANCIAL SERVICE      UNSECURED         NOT FILED         .00            .00
LCA COLLECTIONS            UNSECURED         NOT FILED         .00            .00
KCA FINANCIAL SERVICE      UNSECURED         NOT FILED         .00            .00
LINDEN OAKS HOSPITAL       UNSECURED         NOT FILED         .00            .00
MRSI                       UNSECURED         NOT FILED         .00            .00
```

```
NCO FINANCIAL SYSTEMS        UNSECURED       NOT FILED              .00           .00
NICOR GAS                    UNSECURED       NOT FILED              .00           .00
NIDAL RADWAN                 UNSECURED       NOT FILED              .00           .00
PALISADES COLLECTIONS        UNSECURED       NOT FILED              .00           .00
PELLETTIERI & ASSOC          UNSECURED       NOT FILED              .00           .00
PRAIRIE EMERGENCY SERVIC     UNSECURED       NOT FILED              .00           .00
PROFESSIONAL HEALTH ASSO     UNSECURED       NOT FILED              .00           .00
PROVENA ST JOSEPH MEDICA     UNSECURED       NOT FILED              .00           .00
RIVEREDGE HOSPITAL           UNSECURED       NOT FILED              .00           .00
SILVER CROSS HOSPITAL        UNSECURED       NOT FILED              .00           .00
SOO K LEE                    UNSECURED       NOT FILED              .00           .00
SPRINT NEXTEL                UNSECURED       NOT FILED              .00           .00
SUPERIOR AIR GROUND AMBU     UNSECURED       NOT FILED              .00           .00
TRANSWORLD SYSTEMS INC       UNSECURED       NOT FILED              .00           .00
TROY FIRE PROTECTION DIS     UNSECURED       NOT FILED              .00           .00
WEST ASSET MANAGEMENT        UNSECURED       NOT FILED              .00           .00
SANTANDER CONSUMER USA       UNSECURED         5783.38              .00           .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     4500.00          .00      5783.38          .00     10283.38
PRINCIPAL PAID          880.26          .00          .00          .00       880.26
INTEREST PAID           243.80          .00          .00          .00       243.80
TOTAL PAID             1124.06          .00          .00          .00      1124.06
```

The Debtor's attorney, JOHN C DENT              , was allowed $    3500.00
and was paid $     315.00   direct and $    3024.41   through the plan.

The Trustee received $      239.53 .

Refunds to the Debtor totaled $        .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 03/12/09                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   3
CASE NO. 08 B 04067 CHERYL MEYER
```